IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL DARRELL ROBINSON,

    Plaintiff,

vs.                                                  Case No: 1:11-cv-24-MP-GRJ

DETECTIVE MICHAEL POWERS,

    Defendant.

_____/

## O R D E R

Plaintiff, proceeding *pro se* and in forma pauperis, has filed his Amended Complaint, which the Court has screened.  (Doc. 7.)  Service of the Amended Complaint shall now be ordered, and the Defendant shall be required to respond.

Accordingly, it is hereby **ORDERED** that:

1.    The docket shall reflect that there is only one Defendant in this action, Detective Michael Powers**, employed at the Alachua County Sheriff's Office, 2621 SE Hawthorne Road, Gainesville, FL 32641.**

2.    The clerk shall print a copy of the Amended Complaint and shall complete the USM-285 forms and AO-398 and AO-399 forms for the Defendant.

3.    The clerk shall issue a summons, indicating that Defendant has sixty (60) days in which to file a response to the Amended Complaint, and refer the summons, a

copy of this order for Defendant, a copy of the Amended Complaint, the completed USM-285 form and the completed AO-398 and AO-399 forms for Defendant, to the United States Marshals Service (USMS).  Pursuant to Fed. R. Civ. P. 4(c)(2), all costs of service shall be advanced by the United States.

      3.      Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the USMS shall send a copy of the Amended Complaint, a copy of this order, a completed AO-398 form and a copy thereof, a AO-399 form, and a prepaid means of compliance to the Defendant through first class mail.  The USMS shall mail the forms to Defendant as soon as possible so that service or waiver of service can be completed within 120 days from the date of entry of this order on the docket.

      4.      If after thirty (30) days from the mailing of the waiver of service forms and the complaint the Defendant has not returned the waiver of service form (AO-399 form), the USMS shall personally serve the Defendant pursuant to Rule 4(e) of the Federal Rules of Civil Procedure.  Upon completion of service, the USMS shall file with the clerk the return and a written statement of all costs incurred of making such personal service.

      5.      The clerk shall refer this file to the undersigned if the waiver form is returned for insufficient address or for similar reason, if service on the Defendant is returned unexecuted, or if the USMS has filed a statement of costs incurred for making personal service.

      6.      Defendant shall have sixty (60) days in which to file a response to the Amended Complaint.

7. No motion for summary judgment shall be filed by any party prior to entry of an initial scheduling order without permission of the court.

8. Counsel for Defendant shall file a notice of appearance within twenty (20) days of the date of service of the Amended Complaint.

9. Once a response to the Amended Complaint is filed, no amendments to the Amended Complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed Second Amended Complaint.

10. After a response to the Amended Complaint has been filed by Defendant, Plaintiff shall be required to mail to the attorney for Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the clerk of court a certificate of service stating the date a correct copy of the paper was mailed to Defendant or to the attorney representing Defendant.  **Any paper submitted for filing after a response to the Amended Complaint has been filed by Defendant which does not contain a certificate of service shall be returned by the clerk and disregarded by the court**.

11. In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent he should sign the form and forward it to counsel for Defendant, who, if Defendant consents, shall return it to the clerk.

12. Plaintiff is reminded to keep the clerk of court advised of any change in his mailing address should he be transferred, released from prison, or otherwise be relocated.

Failure to do so may result in the dismissal of Plaintiff's action for failure to prosecute if court orders are not able to reach Plaintiff.

13. **In any event, the Clerk shall refer this file to the undersigned forty-five (45) days from the date of this order**.

**DONE AND ORDERED** this 17th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge