IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL DARRELL ROBINSON,

    Plaintiff,

v.                      CASE NO. 1:11-cv-24-MP-GRJ

DETECTIVE MICHAEL POWERS,

    Defendant.

_____/

## SUMMARY JUDGMENT NOTICE

This case is before the Court on Doc. 19, Plaintiff''s motion for summary judgment, and Doc. 20, Defendant's motion for summary judgment.

The Court will decide the motions on the basis of the motions, the parties' responses, and any evidentiary materials filed by the parties.  The parties' responses to the motions and any supporting evidentiary materials (counter-affidavits, depositions, exhibits, etc.) must be filed with the Clerk within 30 days from the date of the motions. The Court will take the motions under advisement either after the parties file their responses, or after the expiration of 30 days, whichever occurs first, and will thereafter issue a report recommending disposition of the motions.

The parties are advised that if the Court grants a party's motion for summary judgment, such would be a final decision of the Court in favor of that party.  As a result of such final decision, there would be no trial or other proceedings in this case, and the parties would likely be precluded from later litigating this matter or any related matters. Therefore, the parties are further advised: (1) failing to respond to the summary

judgment motion will indicate that the motion is not opposed; (2) all material facts asserted in the motion will be considered admitted unless controverted by proper evidentiary materials (counter-affidavits, depositions, exhibits, etc.); and (3) a party may not rely solely on the allegations of the issue pleadings (*e.g.*, complaint, answer, etc.) in opposing the summary judgment motion.  See *Griffith v. Wainwright*, 772 F.2d 822,825 (11th Cir. 1985).

Accordingly, it is **ORDERED:**

1. Defendant shall file his response to Plaintiff's summary judgment motion, Doc. 19, **on or before December 23, 2011.**

2.  Plaintiff shall file his response to Defendant's summary judgment motion, Doc. 20, **on or before December 28, 2011.**

**DONE AND ORDERED** this 29th day of November 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge