# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

MICHAEL DARRELL ROBINSON,

    Plaintiff,

v.                                        Case No.: 1:11cv24/MP/GRJ

DETECTIVE MICHAEL POWERS,

    Defendant.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 23, 2012. (Doc. 25). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Motion for Summary Judgment (doc. 19) is DENIED.

    3.    Defendant's Motion for Summary Final Judgment (doc. 20) is GRANTED. The clerk shall enter final judgment in favor of defendant and close the file.

    **DONE and ORDERED** this 17th day of September, 2012.

                                                        *s/ M. Casey Rodgers*
                                                        **M. CASEY RODGERS**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**